IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| ARTHER McLORN, III, | ) | |
| | ) | Case No. 05-cv-4198-JPG |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| COMMUNITY HEALTH SERVICES | ) | |
| d/b/a HEARTLAND REGIONAL MEDICAL | ) | |
| CENTER and CAROL STRICKLIN, in her official | ) | |
| and individual capacity, | ) | |
| | ) | |
| Defendants. | ) | |

**MEMORANDUM AND**
**ORDER TO SHOW CAUSE**

This matter comes before the Court for case management purposes. On June 1, 2006, the Court allowed counsel for plaintiff Arther McLorn III ("McLorn") to withdraw from this case based on counsel's representations that McLorn and counsel had developed irreconcilable differences. The Court also ordered McLorn to file a written confirmation of his address on or before June 20, 2006. McLorn has failed to abide by the Court's order. The Court therefore **ORDERS** that McLorn shall have up to and including July 20, 2006, to **SHOW CAUSE** why this case should not be dismissed with prejudice for lack of prosecution or failure to comply with an order of the Court pursuant to Federal Rule of Civil Procedure 41(b) or pursuant to the Court's inherent authority to manage its docket. *See In re Bluestein & Co.*, 68 F.3d 1022, 1025 (7th Cir. 1995). Failure to respond in a timely manner to this order may result in dismissal of this action. The plaintiffs' filing of a written confirmation of his address shall be a satisfactory response to this order to show cause.

s/ J. Phil Gilbert
**J. PHIL GILBERT**
**UNITED STATES DISTRICT COURT JUDGE**

**DATED:  July 10, 2006**