IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ARTHUR McLORN, III, | ) |
|     Plaintiff, | ) ) ) |
| v. | ) )   Case No. 05-cv-4198-JPG |
| COMMUNITY HEALTH SERVICES d/b/a HEARTLAND REGIONAL MEDICAL CENTER and CAROL STRICKLIN, in her official and individual capacity, | ) ) ) ) ) |
|     Defendants. | ) ) |

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered in favor of defendant Community Health Systems, Inc. (misnamed in the complaint as Community Health Services, Inc.), doing business as Heartland Regional Medical Center and against plaintiff Arthur McLorn III on Counts I and II; and

IT IS FURTHER ORDERED AND ADJUDGED that Count III is dismissed without prejudice.

**NORBERT G. JAWORSKI, CLERK**

**October 18, 2006**          **By:**  s/ Melinda S. Duncan
*Date*                              *Deputy Clerk*

**Approved:**  s/ J. Phil Gilbert
                    **J. PHIL GILBERT**
                    **DISTRICT JUDGE**